UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
Bernard Lam                    :
                               :
            Plaintiff,         :
                               :    05 Civ. 10335 (LAP)
        -against-              :
                               :    ORDER
Caxton Associates, L.L.C.      :
                               :
            Defendant.         :
-------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/06

Based on a settlement of this action reached in open court by the parties on October 25, 2006, this action is dismissed. The Clerk of Court is directed to mark this action as closed. All pending motions are denied as moot.

October 25, 2006              SO ORDERED

                              _____
                              LORETTA A. PRESKA, U.S.D.J.